

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FRED DiLORENZO

               Plaintiff,

-against-

PACKAGE PRINTING CO., INC.,

               Defendant.

**STIPULATION OF DISMISSAL**

6:18-CV-01370 (DNH/ATB)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action, be and the same hereby is dismissed by the plaintiff pursuant to Federal Rules of Civil Procedure 41 (a)(1)(A)(ii), with prejudice and on the merits, and without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: 2/6, 2019

MAYNARD, O'CONNOR, SMITH
& CATALINOTTO, LLP

Bruce A. Bell, Esq.
Bar Roll No. 101124
Attorneys for Plaintiff
6 Tower Place
Albany, New York 12203
bell@mosllp.com

Dated: 2/21, 2019

CARTER, CONBOY, CASE, BLACKMORE,
MALONEY & LAIRD, P.C.

Michael J. Murphy, Esq.
Bar Roll No. 102244
Attorneys for Defendant
20 Corporate Woods Boulevard
Albany, New York 12211-2396
Mmurphy@carterconboy.com

**IT IS SO ORDERED:**

Dated: 2/22 2019

Hon. David N. Hurd
U.S. District Court Judge

{M0884184.1}